Goldfinger v. F. S. Waters & Co.

---

## Ignatz Goldfinger v. F. S. Waters & Co. et al.

1. APPELLATE COURT PRACTICE—*When a Decree Will Be Affirmed.* —When the record consists of a copy of the decree and appeal bond, with a supplemental transcript of an answer filed by the appellant, and his brief raises no question reviewable by this court, the decree appealed from will be affirmed.

**Bill to Set Aside Fraudulent Conveyances.**—Appeal from the Superior Court of Cook County; the Hon. HENRY V. FREEMAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1898. Affirmed Opinion filed December 19, 1899. Rehearing denied.

BLUM & BLUM, attorneys for appellant.

WILBUR, TURNER & HILL and REMY & MANN, attorneys for appellees.

MR. JUSTICE SHEPARD delivered the opinion of the court.

This purports to be an appeal from a decree in chancery.

The record consists of a copy of the decree and appeal bond, with a supplemental transcript of an answer filed by the appellant.

The brief for appellant is not in any respect, except that it is printed and is short, in compliance with Rule 20 of this court respecting "Briefs."

So far as we can discover from the so-called brief, not a single question is raised that is reviewable by us with only the decree and an answer before us.

The decree is affirmed.

Mr. Justice FREEMAN, having heard the cause below, takes no part in the decision here.